**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Katherine L. Mola, SBN 264625
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
**Attorneys for Defendant**
BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY

**SIEGEL & YEE**
Dan Siegel, SBN 56400
Jane Brunner, SBN 135422
499 14th Street, Suite 300
Oakland, CA 94612
TEL: 510.839.1200
FAX: 510.444.6698
**Attorneys for Plaintiff**
SUSAN RILEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN RILEY,<br><br>    Plaintiff,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY,<br><br>    Defendant. | CASE NO. 3:13-CV-2983 ~~DMR~~ RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SCHEDULING ORDER**<br><br>Complaint Filed: June 28, 2013 |

On October 10, 2013, the Court issued its Case Management Scheduling Order. In that Order, the parties were directed to participate in mediation on or before January 8, 2014. [Docket 17] Ellyn Moscowitz was appointed by the Court as the mediator. On November 14, 2013, the parties participated in a conference call with Ms. Moscowitz concerning handing and scheduling of the mediation. The first date that the parties and the mediator are available is in late January/early February 2014.

1

**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**
{01200095.DOCX}

It is requested that the Scheduling Order be modified so that February 10, 2014 is the last day to complete mediation.

Based upon the foregoing, the parties hereby stipulate and agree:

1. There is good cause for the Case Management Scheduling Order concerning alternative dispute resolution to be modified; and

2. The parties shall participate in mediation on or before February 10, 2014, instead of January 8, 2014, which is currently reflected in the Case Management Scheduling Order.

DATE: November 20, 2013

PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/ Carl L. Fessenden
Carl L. Fessenden
Katherine L. Mola
Attorneys for Defendant

DATE: November 20, 2013

SIEGEL & YEE

By  /s/Jane Brunner (authorized on 11/18/2013)
Jane Brunner
Attorneys for Plaintiff

### ORDER

**IT IS HEREBY ORDERED THAT** the Case Management Scheduling Order is modified so that the parties have until February 10, 2014 to participate in court ordered mediation.

DATE: 11/20/13

JUDGE RICHARD SEEBORG
UNITED STATES DISTRICT COURT

PORTER SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

2

STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER
{01200095.DOCX}