DAN SIEGEL, SBN 56400
JANE BRUNNER, SBN 135422
NEIL COLIN SATTERLUND, SBN 28673
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
SUSAN RILEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN RILEY,<br><br>          Plaintiff,<br><br>     vs.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY,<br><br>          Defendant. | Case No. C-13-02983 RS<br><br>**STIPULATION AND [PROPOSED ORDER] TO EXTEND DISCOVERY CUT-OFF AND PRETRIAL MOTIONS** |

The parties, by and through their counsel of record, stipulate and agree as follows:

The parties have been engaged in meet and confer efforts regarding Request for Production of Documents, Set One, served to Defendant Board of Trustees of the California State University on October 17, 2013, and responded to by Defendant on December 6, 2013.

The parties have a mediation set for February 4, 2014.

The Court set April 11, 2014 for all non-expert discovery to be completed May 9, 2014 for parties to designate experts; May 30, 2014 for all discovery of expert witnesses

1  to be completed; and all Dispositive pretrial motions to be filed and served by July 24,
2  2014.
3        The parties have entered into discussions regarding discovery but, given there is a
4  mediation on February 4, 2014, the parties agreed to wait until the mediation is
5  completed to determine if there needs to be further discussions regarding the
6  production of documents and if they need to file a joint letter regarding any discovery
7  disputes.
8        The parties have agreed to and request the Court modify the Case Management
9  Scheduling Order as follows:
10        (a) All non-expert discovery shall be completed on or before July 14, 2014;
11        (b) The parties shall designate experts in accordance with FRCP 26(a)(2) on or
12        before August 11, 2014;
13        (c) The parties shall designate their supplemental and rebuttal experts in
14        accordance with FRCP 26(a)(2) on or before September 2, 2014;
15        (d) The parties shall complete all expert witness discovery pursuant to FRCP
16        26(b)(4) on or before October 9, 2014; and
17        (e) All dispositive pretrial motions shall be filed and served by November 7,
18        2014.
19
20  Dated: January 14, 2014
21
22        SIEGEL & YEE
23
24        By: /s/
25            Jane Brunner
26        Attorneys for Plaintiff
27        Susan Riley
28

1  Dated: January ___, 2014          PORTER SCOTT

                                     By /s/
                                     ──────────────────────
                                     Carl L. Fessenden
                                     Katherine L.M. Mola

                                     Attorney for Defendant
                                     Board of Trustees of the California State
                                     University

**ORDER**

**IT IS SO ORDERED.**

Dated: January 15 2014

_____
Hon. Richard Seeborg
UNITED STATES DISTRICT JUGE